IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, et al.,

       Plaintiffs,

v.                                   CASE NO. 1:07-cv-00225-MP-AK

LAW OFFICES OF MARSHALL
C. WATSON, et al.,

       Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 32, Report and Recommendation of the

Magistrate Judge, recommending that Plaintiff's second amended complaint, Doc. 22, be

dismissed for failure to state a claim upon which relief may be granted, or as barred by *res*

*judicata,* or under the doctrine of abstention and the Rooker-Feldman doctrine.  The Magistrate

Judge filed the Report and Recommendation on Thursday, December 13, 2007.  The parties have

been furnished a copy of the Report and Recommendation and have been afforded an

opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this

Court must make a *de novo* review of those portions to which an objection has made.

      Plaintiff brings suit under 42 U.S.C. §1983 and various other federal statutes, alleging

that the Defendants violated his civil rights by instituting a foreclosure action against him for

his alleged default on a loan.  As the Magistrate points out, there are a number of problems with

these claims being raised in federal court.  Several claims appear to be pending in state court,

and the Court is precluded from revisiting those claims that have already been decided on their

merits.  Fundamentally, Plaintiff fails to show how private individuals and private business

entities acted under "color of state law, " thereby establishing a federal basis for jurisdiction.

Plaintiff's objections merely quibble with unimportant facts detailed in the Magistrate's Report, rather than addressing the essential faults of the complaint.  Plaintiff has also filed a request for oral arguments.  Doc. 36.  The Court finds no need for additional argument on this matter, and Plaintiff's request is denied.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 32, is adopted and incorporated by reference in this order.

2.    Plaintiff's second amended complaint, Doc. 22, is dismissed for failure to state a claim upon which relief may be granted, or as barred by *res judicata,* or under the doctrine of abstention and the Rooker-Feldman doctrine.

3.    Plaintiff's Request for Oral Arguments, Doc. 36, is DENIED.

**DONE AND ORDERED** this   *19th* day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge