IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, et al.,

    Plaintiffs,

v.                                                  CASE NO. 1:07-cv-00225-MP-AK

LAW OFFICES OF MARSHALL
C. WATSON, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 42, Motion for Reconsideration, and Doc. 44, Motion for Leave to Appeal *In Forma Pauperis*, filed by Plaintiff Johnson.  As a threshold matter, Plaintiff fails to present any reason for reconsideration of the order adopting the Magistrate's report and recommendation.  Therefore, Plaintiff's motion for reconsideration is denied.

Previously, Plaintiff was permitted to proceed *in forma pauperis* in the district-court action. Doc. 29.  Under Fed. R. App. P. 24(a)(3), a party who was permitted to proceed *in forma pauperis* in the district-court action may proceed on appeal *in forma pauperis,* unless the Court certifies that the appeal is not taken in good faith.  As set out in the order at Doc. 40, Plaintiff has failed to establish that jurisdiction is proper in the federal courts.  Accordingly, the Court hereby certifies that the appeal is not taken in good faith.  The motion to proceed *in forma pauperis* on appeal, Doc. 44, is therefore denied.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Plaintiff's Motion for Reconsideration, Doc. 42, is denied.

    2.    Plaintiff's Motion for Leave to Appeal *In Forma Pauperis*, Doc. 44, is denied.

The Clerk is directed to forward this Order, along with an updated docket sheet, to the Eleventh Circuit.

**DONE AND ORDERED** this  *26th* day of December, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge