IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, et al.,

    Plaintiffs,

v.                                      CASE NO. 1:07-cv-00225-MP-AK

LAW OFFICES OF MARSHALL
C. WATSON, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Docs. 65, 69, and 71, filed by Plaintiff Johnson. In these motions, Plaintiff seeks to continue to litigate his case before the Court, despite the Court's order adopting the Magistrate Judge's Report and Recommendation and dismissing this case. Because this case is presently on appeal to the Eleventh Circuit Court of Appeals, any action by the Court would be inappropriate. Therefore, Plaintiff should direct any future filings to the Eleventh Circuit, rather than to this Court. Furthermore, the Clerk is directed not to file any of the Plaintiff's documents without prior approval of the Court.

    **DONE AND ORDERED** this _30th_ day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge